PD-0375-15

IN THE COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

PERCY BENJAMIN SMITH          #    CCA NO: PD-0375-15
          V.                  #    APPEAL NO: 14-15-00163-CR
THE STATE OF TEXAS            #    Trial No: 65134-B

MOTION REQUESTING SUSPENSION OF Rule 9.3(b) T.R.A.P.
(As REQUIRED WITH PETITIONER'S MOTION FOR REHEARING)

TO THE HONORABLE Justices of the Court of Criminal Appeals:
    COMES NOW, PERCY BENJAMIN SMITH, PETITIONER PRO-SE
And files this MOTION REQUESTING SUSPENSION OF Rule 9.3(b)
of the TEXAS Rules on APPELLATE PROCEDURE IN SUPPORT
thereof the PETITIONER Shows the Court as follows:

I
    ON MONDAY MARCH 30, 2015, PETITIONER'S PRO-SE
Filed to the Trial-Court, Fourteenth Court of APPEALS,
And the Court of Criminal APPEAL, PETITIONER Filed
MOTION And it WAS GRANTED EXTENSION From 4-2-2015
Until Monday JUNE 22, 2015.

FILED IN
COURT OF CRIMINAL APPEALS
MAY 22 2015
Abel Acosta, Clerk

II
(1). THE PETITIONER IS PROCEEDING PRO-SE And has NO ACCESS
    to a COPY MACHINE, OR FRIENDS OR FAMILY to Assist Him
    with Obtaining Copies.
(2) THE PETITIONER MUST RELY ON OTHER INMATES IN the LAW
    LIBRARY to help PREPARE PAPERS And MOTIONS FOR the
    Court And is LEFT to His OWN to GET COPIES.

    WHEREFORE, PETITIONER PRAYS that this Court Grant
this MOTION AND SUSPEND Rule 9.3(b) IN PETITIONER'S
MOTION FOR REHEARING.

                    Respectfully Submitted
                    Percy Benjamin Smith
                    PETITIONER PRO-SE

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 1 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 20 2015
Abel Acosta, Clerk

## UNSWORN DECLARATION

I, PERCY BENJAMIN SMITH, T.D.C.I. # 1745775 bEING PRESENTLY INCARCERATED IN the Huntsville WALLS UNIT OF the TEXAS DEPARTMENT of CRIMINAL Justice IN WALKER COUNTY, TEXAS. VERIFY, AND declARE UNDER PENALTY OF PERJURY that the ABOVE ANd the FOREGOING STATEMENTS CONTAINED HEREIN ARE TRUE AND CORRECT. TEX. CIV. PRAC. AND REM. Code SEC. 132.003

EXECUTED ON this this the 18-MAY-2015.

_Percy Benjamin Smith_
PETITIONER    PRO-SE

## CERTIFICATE OF SERVICE

THIS IS to CERTIFY that A TRUE And CORRECT COPY OF the ABOVE ANd FOREGOING MOTION FOR SUSPENSION OF RULE 9.3 (b) has bEEN SERVED UPON the bELOW PERSONS by PLACING SAME IN the HANDS OF the Mail-ROOM StAff at the Huntsville (WALLS) UNIT by MAILING U.S. MAIL ON this the 18 dAY OF MAY 2015.

(1) THE STATE PROSECUTING ATTORNEY
    P.O. BOX 12405
    AUSTIN, TX 78711

(2) JERi YENNE, (District ATTORNEY
    BRAZORIA COUNTY COURThOUSE
    111 EAST LOCUST, STE 408-A
    ANGLETON, TX 77515

PERCY BENJAMIN Smith
PETITIONER PRO-SE
HUNTSVILLE UNit
815 12th StREET
HUNTSVILLE, TX 77348

(2)